IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERICK HUFF,

    Petitioner,      No. 2:08-cv-3053 JFM (HC)

    vs.

MARTEL,

    Respondent.      ORDER

_____/

    Petitioner has requested an extension of time to file a petition for writ of habeas corpus pursuant to the court's order of January 5, 2009.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 9, 2009 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file a petition for writ of habeas corpus.

DATED: January 21, 2009.

                                                      UNITED STATES MAGISTRATE JUDGE

/md/001; huff3053.111