IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERICK HUFF,

    Petitioner,                    No. 2:08-cv-3053 JFM (HC)

  vs.

WARDEN MARTEL,

    Respondent.               ORDER

_____/

       Petitioner has requested appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

       Accordingly, IT IS HEREBY ORDERED that petitioner's February 20, 2009 motion for appointment of counsel (#11) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: March 4, 2009.

                                                                /s/ John F. Moulds
                                            UNITED STATES MAGISTRATE JUDGE

/md/001; huff3053.110