IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERICK HUFF,

        Petitioner,        No. 2:08-cv-3053 JFM (HC)

   vs.

WARDEN MARTEL,

        Respondent.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has now filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a completed request to proceed in forma pauperis. See January 5, 2009 Order.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

        On February 18, 2009, petitioner filed a second request for extension of time in which to file his application to proceed in forma pauperis. However, because petitioner timely filed his petition and application to proceed in forma pauperis on February 20, 2009, his second request for extension of time is unnecessary and will be denied as moot.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's February 20, 2009 request to proceed in forma pauperis is granted;

2. Respondents are directed to file an answer within forty-five days from the date of this order. <u>See</u> Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus (#10) and an Order Re Consent or Request for Reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

5. Petitioner's February 18, 2009 request for an extension of time (#9) is denied.

DATED: March 4, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; huff3053.100