IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERICK HUFF,

    Petitioner,               No. 2:08-cv-3053 JAM JFM (HC)

    vs.

WARDEN MARTEL,

    Respondent.             <u>ORDER</u>

_____/

        Respondent has requested an extension of time to file a responsive pleading pursuant to the court's order of March 5, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's April 8, 2009 request for an extension of time is granted; and

        2. Respondent is granted thirty days from the date of this order in which to file a responsive pleading. Petitioner's reply shall be filed thirty days thereafter. Fed. R. Civ. P. 5.

DATED: April 14, 2009.

                                         UNITED STATES MAGISTRATE JUDGE

/001; huff3053.ext

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26